## WINTNER *v.* UNITED STATES.

No. 98. Decided January 6, 1964.

*Richard Katcher* for petitioner.

*Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is reversed. *Meyer* v. *United States, ante,* p. 233.

## WALKER ET AL. *v.* LOUISIANA EX REL. JOINT LEGISLATIVE COMMITTEE ON UN-AMERICAN ACTIVITIES.

No. 236. Decided January 6, 1964.

*Johnnie A. Jones* and *James Sharp, Jr.* for appellants.

*Jack N. Rogers* and *Robert H. Reiter* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.